UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY TYRONE HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DWIGHT WINSLOW, M.D.,<br>Health Care Manager,<br><br>　　　　Defendant.　　　　　　　／ | No. C 04-3350 SI (pr)<br><br>**ORDER OF DISMISSAL<br>AND TO VACATE THE WRIT** |

　　　　The plaintiff has requested a voluntary dismissal and defendant has agreed to waive any costs. Accordingly, this action is DISMISSED. Fed. R. Civ. P. 41(a)(2). Each side will bear his own costs.

　　　　The writ of habeas corpus ad testificandum for the plaintiff signed October 11, 2006 is now VACATED. Due to the dismissal of this action, there will be no trial and therefore no need to bring plaintiff to the courthouse. Prison officials may now transfer plaintiff back to Pelican Bay State Prison.

　　　　All pending motions are dismissed as moot. The clerk shall close the file.

　　　　IT IS SO ORDERED.

Dated: November 1, 2006　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge